# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-116

_____

ARNALDO LUGO-FERNANDEZ,

Appellant,

v.

MARK S. INCH, Secretary of
Florida Department of
Corrections, and CORIZON
HEALTH INC.,

Appellees.

_____

On appeal from the Circuit Court for Leon County.
Kevin J. Carroll, Judge.

September 23, 2020

PER CURIAM.

AFFIRMED.

RAY, C.J., and BILBREY and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Arnaldo Lugo-Fernandez, pro se, Appellant.

Ashley Moody, Attorney General, and Kristen J. Lonergan, Assistant Attorney General, Tallahassee, for Appellee Florida Department of Corrections; and Gregg A. Toomey of The Toomey Law Firm, Fort Myers, for Appellee Corizon Health, Inc.